UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN

| | |
|---|---|
| ABBAS ALZAYADY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CV-606 |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | Electronically Filed |
| INSURANCE COMPANY, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

The Defendant, The Lincoln National Life Insurance Company ("Lincoln National"), filed its Unopposed Motion to Appear Telephonically at the Case Management Conference. The Plaintiff does not oppose the Defendant's Motion.

Based on its review of the Motion and the entire record in this cause, the Court finds sufficient cause to grant Defendant's Motion and to allow Defendant's counsel to appear telephonically at the Case Management Conference presently scheduled for March 17, 2010. It is, therefore,

**ORDERED**, that counsel for the Defendant may appear telephonically at the Case Management Conference presently scheduled for March 17, 2010.

SUBMITTED FOR APPROVAL BY:

/s/ John M. Scannapieco
John M. Scannapieco
TN BPR 14473
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
Tel: (615) 252-2352
Fax: (615) 252-6352
E-mail: jscannapieco@babc.com

*Attorneys for the Defendant, The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid, to Lonnie Roach, Bemis, Roach & Reed, 4100 Duval Road, Building 1, Suite 200, Austin, Texas 78759 on this 3rd day of March, 2010.

/s/ John M. Scannapieco
John M. Scannapieco